# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM CUNNINGHAM, Derivatively on Behalf of ASCENA RETAIL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID R. JAFFE, STEVEN L. KIRSHENBAUM, CARRIE W. TEFFNER, LINDA YACCARINO, KATIE J. BAYNE, KAY KRILL, MARC LASRY, STACEY RAUCH, KATE BUGGELN, CARL RUBIN, JOHN L. WELBORN, JR., ROBERT GIAMMATTEO, and GARY MUTO, <br><br> Defendants, <br><br> and, <br><br> ASCENA RETAIL GROUP, INC., <br><br> Nominal Defendant. | Civil Action No: 1:19-cv-01542-RGA |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff William Cunningham files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. No compensation has been rendered to Plaintiff in return for this dismissal. Plaintiff have not previously dismissed an action based on or including the same claims as presented in this instant action.

Dated: September 17, 2019     **O'KELLY ERNST & JOYCE, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Phone (302) 778-4000
Email: rernst@oelegal.com

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
440 Park Avenue South
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*